**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DWIGHT LAMAR YOUNG,

    Petitioner,

v.                                                        Case No. 22-10964

NOAH NAGY,

    Respondent,
_____/

**JUDGMENT**

In accordance with the "Opinion and Order (1) Dismissing as Duplicative The Petition for Writ of Habeas Corpus, (2) Declining to Issue a Certificate of Appealability And (3) Denying Leave to Appeal *In Forma Pauperis*" entered on May 18, 2022,

**IT IS ORDERED AND ADJUDGED** that judgment is entered for Respondent Noah Nagy and against Petitioner Dwight Lamar Young.

Dated at Port Huron, Michigan this 18th day of May, 2022.

                                                  KINIKIA ESSIX
                                                  CLERK OF THE COURT

                                                  BY:  s/Lisa Wagner

Dated: May 18, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2022, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner_____/
                                                  Case Manager and Deputy Clerk
                                                  (810) 292-6522